NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
NATHAN D. SEVERSON, ESQ.
Nevada Bar No.: 009686
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for Western United Insurance Company

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA
\*\*\*

| | |
|---|---|
| KATHLEEN GANNON,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN UNITED INSURANCE COMPANY, d/b/a AAA NEVADA INSURANCE COMPANY, and DOES I through XX, inclusive,<br><br>Defendants. | Case No. 2:10-cv-00137<br><br>**STIPULATION TO: (1) LIMIT RECOVERABLE DAMAGES TO $75,000 (2) TO REMAND TO NEVADA STATE COURT; and (3) TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

This action was originally filed in Nevada District Court, Clark County, on November 23, 2009, and thereafter removed to this Court on January 29, 2010. The parties agreed that the matter could be remanded back to State Court in exchange for a stipulation from Plaintiff Kathleen Gannon that, if she were to recover damages, such damages would in no event exceed the sum of Seventy-Five Thousand Dollars ($75,000.00). Accordingly, the parties stipulate as follows:

1

NRR-18480

1. The full amount of damages, if any, that Plaintiff Kathleen Gannon may recover in this action, regardless of claim or theory of liability, whether presently pled or not, shall be limited to (i.e., shall not exceed) the sum of $75,000.00;

2. In no event shall judgment be entered in favor of Plaintiff Kathleen Gannon and awarding damages, whether general, special, punitive or otherwise, in an amount in excess of $75,000.00. Such amount includes any substantive claim for attorneys' fees, costs or interest that Plaintiff Kathleen Gannon claims she is entitled to as an element of damages for any of the causes of action that were, or could have been raised in the Complaint;

3. Plaintiff Kathleen Gannon acknowledges and agrees that the full amount of damages, whether general, special, punitive or otherwise, incurred or sustained from any and all claims arising out of or relating to this action, regardless of claim or theory of liability and regardless of whether presently pled or not, is not greater that the total sum of $75,000.00 and she will neither seek nor accept any award of damages in this action greater than this sum;

4. By entering into this stipulation, Defendant Western United Insurance Company neither acknowledges nor concedes any liability with respect to any claims brought by Plaintiff Kathleen Gannon in her Complaint, whether original or as may be amended;

5. This action shall be remanded to Nevada District Court, Clark County;

6. Defendant Western United Insurance Company shall have ten (10) days following a signed order of Remand to answer or otherwise respond to the allegation in Plaintiff Kathleen Gannon's Complaint.

///

///

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

NRR-18480

7. Plaintiff agrees that no discovery shall be done regarding any extra contractual liability for six (6) months from the date of remand.

Dated this ___ day of _____, 2010      Dated this ___ day of _____, 2010

| ALVERSON, TAYLOR, MORTENSEN & SANDERS | MARSHALL LAW OFFICE |
|---|---|
| /s/ Nathan R. Reinmiller | |
| NATHAN R. REINMILLER, ESQ.<br>Nevada Bar No.: 006793<br>NATHAN D. SEVERSON, ESQ.<br>Nevada Bar No.: 009686<br>7401 W. Charleston Boulevard<br>Las Vegas, NV 89117<br>*Attorneys for Defendant*<br>*Western United Insurance Company* | Robert Marshall, Esq.<br>625 S. Eighth Street<br>Las Vegas, NV 89101<br>Ph: (702) 474-0100<br>**FAX: (702) 474-0150**<br>*Attorneys for Plaintiff* |

Dated this 12 day of Feby, 2010

RANALLI & ZANIEL, LLC

/s/ George Ranalli

George Ranalli, Esq.
3041 W. Horizon Ridge Parkway, Suite 140
Henderson, NV 89052
Ph: (702) 477-7774
**FAX: (702) 477-7778**
*Co-Counsel for Defendant*

NRR-18480

7. Plaintiff agrees that no discovery shall be done regarding any extra contractual liability for six (6) months from the date of remand.

Dated this ___ day of _____, 2010          Dated this _5_ day of _February_, 2010

| ALVERSON, TAYLOR, MORTENSEN & SANDERS | MARSHALL LAW OFFICE |
|---|---|
| _____ <br> NATHAN R. REINMILLER, ESQ. <br> Nevada Bar No.: 006793 <br> NATHAN D. SEVERSON, ESQ. <br> Nevada Bar No.: 009686 <br> 7401 W. Charleston Boulevard <br> Las Vegas, NV 89117 <br> *Attorneys for Defendant* <br> *Western United Insurance Company* | /s/ Marshall <br> _____ <br> Robert Marshall, Esq. <br> 625 S. Eighth Street <br> Las Vegas, NV 89101 <br> Ph: (702) 474-0100 <br> **FAX: (702) 474-0150** <br> *Attorneys for Plaintiff* |

Dated this ___ day of _____, 2010

RANALLI & ZANIEL, LLC

_____
George Ranalli, Esq.
3041 W. Horizon Ridge Parkway, Suite 140
Henderson, NV 89052
Ph: (702) 477-7774
**FAX: (702) 477-7778**
*Co-Counsel for Defendant*

3

NRR-18480

## ORDER

**IT IS SO ORDERED,**

Dated this 5th day of November, 2010.

_____
U.S. DISTRICT                JUDGE

N:\nathan.grp\Z-client\18480\pleadings\18480Stipulation to limit damages.docx

4

NRR-18480